IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:20-cv-60

| | |
|---|---|
| TERESA PRITCHARD as Administrator of the Estate of Cedric D. Pritchard, | |
| Plaintiff, | **Index to Appendix of Exhibits to Defendants' LR 56.1 Statement of Undisputed Material Facts** |
| vs. | |
| AARON M. MOBLEY, in his individual capacity, and CITY OF WASHINGTON, | |
| Defendants. | |

**Exhibits**

1. Mobley Declaration

2. Mobley Deposition Excerpts

3. Mike Sutton Deposition

4. M. Sutton Report Excerpts

5. SBI Case Disposition Report

6. Plaintiff's Responses to Defendant's Requests for Admission