

# DEFENDANT/SUSPECT DISPOSITION AND CLOSING REPORT    *WB*

**[PART A]**

| | |
|---|---|
| ☒ **DEFENDANT/SUSPECT DISPOSITION REPORT** | **CASE #:** 2018-03050 *Dove* |
| **CODE :** C05 | *Dominique* |
| | **VICTIM:** Cedric Pritchard |
| *Michael* | **NEW CODE:** **PROF:** |
| **DEFENDANT/SUSPECT:** Aaron Mobley | **VICTIM:** |
| *Subject* | **NEW CODE:** **PROF:** |
| **NEW CODES:** **REL:** **PROF:** | **COURT:** **DATE:** |

| DOCKET # | CHARGES | VERDICT | SENTENCE/DISPOSITION |
|---|---|---|---|
| N/A | | | |
| | | RECEIVED | |
| | | OCT 07 2019 | |
| | | Northeastern District | |

**REMARKS:**

Washington Police Department Officer Invovled Shooting. Distrcit Attorney S. Edwards declined prosecution of case

**[PART B]**

| | |
|---|---|
| ☒ **CASE CLOSING REPORT** | **COMPLETE CRIME CLASS CODES:** |
| | **1ST CRIME CLASS** H06 |
| | **2ND CRIME CLASS** |
| **CODE:** C05 | **3RD CRIME CLASS** |

**ARE ELECTRONIC MEDIA FILES BEING RETAINED IN ACCORDANCE WITH NCGS 15A-211 OR OTHER STATUTORY/AGENCY REQUIREMENTS?** ☐ **YES** ☒ **NO**

**EVIDENCE:** ☐ **NONE SEIZED** ☐ **HANDLED BY OTHER AGENCY AND DOCUMENTED IN REPORT**
☒ **SBI 69As AND Bs ATTACHED**

**Special Agent:** J.M.LEWIS **Date:** 10/1/19     **Approved:** *CML* **Date:** 10-8-19



# EVIDENCE ACCOUNTABILITY INVENTORY

(FOR ADMINISTRATIVE REVIEW ONLY. ALL INFORMATION INCLUDED ON THIS FORM IS INCLUDED ELSEWHERE IN THE INVESTIGATIVE FILE EXCEPT FINAL DISPOSITION/DATE AND SUPERVISOR'S APPROVAL/DATE)

| SBI CASE NUMBER 2018-03050 | DIC 02 | CAA 998 | VICTIM Cedric Dominque Pritchard | | SHEET 3 OF |
|---|---|---|---|---|---|
| ITEM NO. | | | EVIDENCE DESCRIPTION | FINAL DISPOSITION/DATE | SUPERVISOR APPROVAL/DATE |
| 1 | | | One(1) SD Card from dash camera of vehicle # 132 | Transform To A. Flowers Washington PD 5/24/19 CWP 5-24-19 | CWP 10-8-19 |
| 2 | | | One(1) Glock Model 21 .45 pistol SN XUA520 | | |
| 3 | | | One(1) Speer .45 auto cartridge | | |
| 4 | | | One Glock .45 magazine with eleven (11) Speer .45 cartridges | | |
| 5 | | | One(1) Speer .45 auto shell casing | | |
| 6 | | | One(1) Speer .45 auto shell casing | | |
| 7 | | | One(1) Newport soft pack with one (1) cigarette | | RECEIVED OCT 07 2019 |
| 8 | | | One(1) black Smith/Wesson Airweight .38sp1+P revolver | | Northeastern District |
| 9 | | | Contents of Pritchards pockets(hot fries,biclighter,bagw/76 .22 rnds , receipt | | |

Dates/Initials of Administrative Review:

CWP 12/11/16   CWP 10-8-19

I certify that the above Inventory is true and correct:

_____ Special Agent's Signature _____   Date _12/11/16_

DISTRIBUTION:
☐ CASE RECORDS
☐ CASE AGENT'S COPY
☐ DISTRICT OFFICE FILE

SBI-69A (08/2014)

Case 4:20-cv-00060-M   Document 31-6   Filed 05/28/21   Page 2 of 16



# EVIDENCE ACCOUNTABILITY INVENTORY

(FOR ADMINISTRATIVE REVIEW ONLY. ALL INFORMATION INCLUDED ON THIS FORM IS INCLUDED ELSEWHERE IN THE INVESTIGATIVE FILE EXCEPT FINAL DISPOSITION/DATE AND SUPERVISOR'S APPROVAL/DATE.)

| SBI CASE NUMBER 2018-03050 | DIC 02 | CAA 998 | VICTIM Cedric Dominque Pritchard | | SHEET 2 OF 3 |

| ITEM NO. | EVIDENCE DESCRIPTION | FINAL DISPOSITION AND DATE | SUPERVISOR'S APPROVAL & DATE |
|---|---|---|---|
| 10 | One (1) marijuana bud from Pritchards pocket | Tranferred to A. Flowers Washington PD 9/24/19 | Alk 10-8-19 |
| 11 | US Currency $3.75 (two dollar bills, 5 quarters,2 nickles, 4 dimes) Pritchards pocket | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 12 | Five(5) spent .38 spl shell casings, (3) Federal, (2) Winchester | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 13 | One(1) Gun shot residue kit collected from Pritchard's hands | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 14 | Plastic bag containing four (4) shell casings and one unspent round | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 15 | Plastic bag containing eight(8) .38 special rounds and one(1) .32 caliber round | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 16 | Envelope containing enhanced photos CD/DVD from Lab of Item # 1 | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 17 | Sealed white envelope (SWE) marked "pulled head hair | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 18 | SWE Marked "pulled pubic hair" | Tranferred to A. Flowers Washington PD 9/24/19 | |

Dates/Initials of Administrative Review:

Clk 10-8-19

I certify that the above Inventory is true and correct:

Special Agent's Signature _____ Date 7/24/19

RECEIVED
OCT 07 2019
Northeastern District

DISTRIBUTION:
☐ CASE RECORDS
☐ CASE AGENT'S COPY
☐ DISTRICT OFFICE FILE

SBI-69A (08/2014)



# EVIDENCE ACCOUNTABILITY INVENTORY

(FOR ADMINISTRATIVE REVIEW ONLY. ALL INFORMATION INCLUDED ON THIS FORM IS INCLUDED ELSEWHERE IN THE INVESTIGATIVE FILE EXCEPT FINAL DISPOSITION/DATE AND SUPERVISOR'S APPROVAL/DATE)

| SBI CASE NUMBER | | | VICTIM | | SHEET | OF |
|---|---|---|---|---|---|---|
| 2018-03050 | DIC | CAA | Cedric Dominique Pritchard | | 3 | 3 |
| | 02 | 998 | | | | |

| ITEM NO. | EVIDENCE DESCRIPTION | FINAL DISPOSITION AND DATE | SUPERVISOR'S APPROVAL & DATE |
|---|---|---|---|
| 19 | SWE marked "blood standard" | Tranferred to A. Flowers Washington PD 9/24/19 | C.M.P 10-8-19 |
| 20 | Clear plastic container (CPC) marked "bullet from chest" | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 21 | CPC marked "bullet from hip" | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 22 | Sealed brown paper bag (SBPB) marked "# 6" | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 23 | SBPB marked "#7" | Tranferred to A. Flowers Washington PD 9/24/19 | |
| 24 | SWE marked "body bag tag from scene" | Tranferred to A. Flowers Washington PD 9/24/19 | |
| | | RECEIVED OCT 07 2019 Northeastern District | ✓ |
| | | | |
| | | | |

Dates/Initials of Administrative Review: C.M.P 10-8-19

I certify that the above Inventory is true and correct:

Special Agent's Signature _____   Date __9/24/19__

DISTRIBUTION:
☐ CASE RECORDS
☐ CASE AGENT'S COPY
☐ DISTRICT OFFICE FILE

SBI-69A (08/2014)



# PHYSICAL EVIDENCE
## TRANSFER RECEIPT or DISPOSITION REPORT

| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018-03050 | 02 | 998 | Cedric Dominique Pritchard |

| SBI CASE ITEM NO. | SBI LAB NUMBER | * | EVIDENCE DESCRIPTION |
|---|---|---|---|
| 1 ✓ | | | One (1) SD Card from dash camera of vehicle # 132 |
| 2 ✓ | | | One (1) Glock Model 21 .45 pistol SN # XUA520 |
| 3 ✓ | | | One (1) Speer .45 auto cartridge |
| 4 ✓ | | | One (1) Glock .45 magazine with eleven (11) Speer .45 cartridges |
| 5 ✓ | | | One (1) Speer .45 auto shell casing |
| 6 ✓ | | | One (1) Speer .45 auto shell casing |
| 7 ✓ | | | One (1) Newport soft pack with one (1) cigarette |
| 8 ✓ | | | One(1) black Smith/Wesson Airweight .38spl+P revolver |
| 9 ✓ | | | Contents of Pritchards pockets(hot fries,biclighter,bagw/76 .22 rnds , receipt |
| 10 ✓ | | | One (1) marijuana bud from Pritchards pocket |
| 11 ✓ | | | US Currency $3.75 (two dollar bills, 5 quarters,2 nickles, 4 dimes) Pritchards pocket |
| 12 ✓ | | | Five(5) spent .38 spl shell casings, (3) Federal, (2) Winchester |
| 13 ✓ | | | One(1) Gun shot residue kit collected from Pritchard's hands |
| 14 ✓ | | | Plastic bag containing four (4) shell casings and one unspent round |
| 15 ✓ | | | Plastic bag containing eight(8) .38 special rounds and one(1) .32 caliber round |

*Individual receiving evidence in a sealed package without verifying contents will initial this column.

1. **RECEIPT:** I certify that I received the above item(s) from    SA J.M. Lewis      NCSBI

                                                 (Print or Type)          (Dept.)

**RECEIVED BY**    Angela Flowers (*signature*)    DATE 9.24.19    TIME 15:15

                 (Print or Type)       (Signature)

**WITNESS**                                        DATE

2. **DISPOSITION AUTHORITY:**    The above item(s) should be disposed of by

               Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

other

     Signature                            Title       RECEIVED       Date

3. **DISPOSITION**    I certify that I disposed of the above item(s) by      OCT 07 2019

                                             Northeastern District

     Signature                            Title                    Date

I certify that I    ☐   Witnessed the disposition of the above item (s)

                ☐   Received the above item (s).

     Signature                            Title                    Date

DISTRIBUTION:    ☐   Submit to Case Agent for Attachment to SBI-69A

                      ☐   Retained by Agent Releasing Evidence

                      ☐   Retained by Individual Receiving or Destroying Evidence

                      ☐   District Office File

SBI-69B (REV 08/2015)



# PHYSICAL EVIDENCE
## TRANSFER RECEIPT or DISPOSITION REPORT

| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|

| SBI CASE ITEM NO. | SBI LAB NUMBER | * | EVIDENCE DESCRIPTION |
|---|---|---|---|
| 16 ✓ | | | Envelope containing enhanced photos CD/DVD from Lab of Item # 1 |
| 17 ✓ | | | Sealed white envelope (SWE) marked "pulled head hair" |
| 18 ✓ | | | SWE Marked "pulled pubic hair" |
| 19 ✓ | | | SWE marked "blood standard" |
| 20 ✓ | | | Clear plastic container (CPC) marked "bullet from chest" |
| 21 ✓ | | | CPC marked "bullet from hip" |
| 22 ✓ | | | Sealed brown paper bag (SBPB) marked "# 6" |
| 23 ✓ | | | SBPB marked "#7" |
| 24 ✓ | | | SWE marked "body bag tag from scene" |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Individual receiving evidence in a sealed package without verifying contents will initial this column.

1. **RECEIPT:** I certify that I received the above item(s) from ___ SA J. M. Lewis ___ NCSBI
   (Print or Type)          (Dept.)

   **RECEIVED BY** _Angela Flowers_ _(signature)_      DATE 9·24·19 TIME 15:15
   (Print or Type)          (Signature)

   **WITNESS** _____          DATE _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

   _____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

   other _____

   Signature _____ Title _____ Date _____

   *RECEIVED*
   *OCT 07 2019*
   *Northeastern District*

3. **DISPOSITION** I certify that I disposed of the above item(s) by _____

   Signature _____ Title _____ Date _____

   I certify that I   ☐ Witnessed the disposition of the above item (s)
                      ☐ Received the above item (s).

   Signature _____ Title _____ Date _____

   DISTRIBUTION:   ☐ Submit to Case Agent for Attachment to SBI-69A
                   ☐ Retained by Agent Releasing Evidence
                   ☐ Retained by Individual Receiving or Destroying Evidence
                   ☐ District Office File

SBI-69B (REV 08/2014)



| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018-03050 | 02 | 998 | Cedric DOMINIQUE PRitchard |

| *INIT/CASE SBI NO. | SBI CASE NUMBER | | | EVIDENCE DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | One (1) SD card of In-camera video FROM CAR #132 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Individual receiving evidence in a sealed package without verifying contents will intial this column.

1. **RECEIPT:** I certify that I received the above items(s) from ___Sgt. Anthony McDuffie___  ___Washington PD___
   (Print or Type)                                                                  (Dept.)

   **RECEIVED BY:** ___Special Agent   J.M. Lewis___ ___(Signature)___ **DATE** 10/01/18 **TIME** 5:56 pm
   (Print or Type)                (Signature)

   **WITNESS** _____ **DATE** _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

   _____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

   other _____

   Signature _____ Title _____ Date _____

3. **DISPOSITION:** I certify that I disposed of the above item(s) by _____

   Signature _____ Title _____ Date _____

   I certify that I  ☐ Witnessed the disposition of the above item(s)
                      ☐ Received the above item(s).

   Signature _____ Title _____ Date _____

   DISTRIBUTION:  ☐ Submit to Case Agent for Attachment to SBI-69A
                   ☐ Retained by Agent Releasing Evidence
                   ☐ Retained by Individual Receiving or Destroying Evidence
                   ☐ District Office File

**SBI -69B (REV 08/2014)**

RECEIVED
OCT 07 2019
Northeastern District



| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018-03050 | 2 | 998 | Cedric Domingue Pritchard |

| | | | |
|---|---|---|---|
| 1 | | RWL | One (1) SD Card of in camera Video from |
| | | | car # 132 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Individual receiving evidence in a sealed package without verifying contents will intial this column.

1. **RECEIPT:** I certify that I received the above items(s) from __SA J. M. Lewis__ __NCSBI__
   (Print or Type) (Dept.)

   **RECEIVED BY:** __CS R.W. Evans__ __R.W. Evans__ (Signature) **DATE** __10/31/18__ **TIME** __10:15pm__
   (Print or Type)

   **WITNESS** _____ **DATE** _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

   _____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

   other _____

   Signature _____ Title _____ Date _____

3. **DISPOSITION:** I certify that I disposed of the above item(s) by _____

   Signature _____ Title _____ Date _____

   I certify that I ☐ Witnessed the disposition of the above item(s)
   ☐ Received the above item(s).

   Signature _____ Title _____ Date _____

   DISTRIBUTION: ☐ Submit to Case Agent for Attachment to SBI-69A
   ☐ Retained by Agent Releasing Evidence
   ☐ Retained by Individual Receiving or Destroying Evidence
   ☐ District Office File

RECEIVED
OCT 07 2019
Northeastern District

SBI -69B (REV 08/2014)



NORTH CAROLINA
DEPARTMENT
OF
JUSTICE
SBI
STATE BUREAU OF INVESTIGATION

| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018-03053 | 2 | 998 | Cedric Dominique Pritchard |

| | | | |
|---|---|---|---|
| 1 | | | One (1) CD of in camera video from car #132 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Individual receiving evidence in a sealed package without verifying contents will intial this column.

1. **RECEIPT:** I certify that I received the above items(s) from C.S R. Evans    NCSBI
                                                       (Print or Type)                (Dept.)

**RECEIVED BY:** SA J M Lewis    (Signature)                DATE 10/22/18    TIME 7:10 AM
          (Print or Type)              (Signature)

**WITNESS** _____     **DATE** _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

_____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

other _____

_____

Signature _____ Title _____ Date _____

RECEIVED
OCT 07 2019
Northeastern District

3. **DISPOSITION:** I certify that I disposed of the above item(s) by _____

Signature _____ Title _____ Date _____

I certify that I    ☐ Witnessed the disposition of the above item(s)

              ☐ Received the above item(s).

Signature _____ Title _____ Date _____

DISTRIBUTION:    ☐ Submit to Case Agent for Attachment to SBI-69A
                   ☐ Retained by Agent Releasing Evidence
                   ☐ Retained by Individual Receiving or Destroying Evidence
                   ☐ District Office File

**SBI -69B (REV 08/2014)**





| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018-03050 | 02 | | Cedric Dominque Pritchard |

| ITEM NUMBER | SBI LAB NUMBER | | EVIDENCE DESCRIPTION |
|---|---|---|---|
| 2 | | | One (1) Glock 21 .45 Auto (SN XUA520) |
| 3 | | | One (1) Speer .45 Auto cartridge |
| 4 | | | One (1) Glock .45 Magazine (13 round capacity) with eleven (11) Speer .45 cartridges |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Individual receiving evidence in a sealed package without verifying contents will intial this column.

1. **RECEIPT:** I certify that I received the above items(s) from _Capt. Cliff Hales_ _Washington PD_
   (Print or Type)          (Dept.)

   **RECEIVED BY:** _CS R.W. Evans_ _R.W. Evans_   DATE _10-21-18_   TIME _7:13 pm_
   (Print or Type)          (Signature)

   **WITNESS** _____   **DATE** _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

   _____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

   other _____

   RECEIVED
   OCT 07 2019
   Northeastern District

   Signature _____ Title _____ Date _____

3. **DISPOSITION:** I certify that I disposed of the above item(s) by _____

   Signature _____ Title _____ Date _____

   I certify that I ☐ Witnessed the disposition of the above item(s)
   ☐ Received the above item(s).

   Signature _____ Title _____ Date _____

   DISTRIBUTION: ☐ Submit to Case Agent for Attachment to SBI-69A
   ☐ Retained by Agent Releasing Evidence
   ☐ Retained by Individual Receiving or Destroying Evidence
   ☐ District Office File

SBI -69B (REV 08/2014)



## PHYSICAL EVIDENCE
### TRANSFER RECEIPT OR DISPOSITION REPORT

| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018-03050 | 02 | 998 | Cedric Domingue Pritchard |

| ITEM NUMBER | SEALED NUMBER | | EVIDENCE DESCRIPTION |
|---|---|---|---|
| 11 | | | U.S Currency $3.75 (2 one dollar bills, 5 quarters, 2 nickels, + 4 dimes) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Individual receiving evidence in a sealed package without verifying contents will initial this column.

1. **RECEIPT:** I certify that I received the above items(s) from  SA J. Lewis          NCSBI
                                          (Print or Type)                              (Dept.)

**RECEIVED BY:** Safe _____    DATE 10/22/18   TIME 2:17p
                (Print or Type)          (Signature)

**WITNESS** _____    **DATE** _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

   _____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

   other _____

   _____

   Signature _____ Title _____ Date _____

   *RECEIVED*
   *OCT 07 2019*
   *Northeastern District*

3. **DISPOSITION:** I certify that I disposed of the above item(s) by _____

   Signature _____ Title _____ Date _____

   I certify that I ☐ Witnessed the disposition of the above item(s)
                   ☐ Received the above item(s).

   Signature _____ Title _____ Date _____

   DISTRIBUTION: ☐ Submit to Case Agent for Attachment to SBI-69A
                 ☐ Retained by Agent Releasing Evidence
                 ☐ Retained by Individual Receiving or Destroying Evidence
                 ☐ District Office File

SBI -69B (REV 08/2014)




| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018-03050 | 02 | 998 | Cedric Dominque Pritchard |

| NO. | SBI LAB NUMBER | * | EVIDENCE DESCRIPTION |
|---|---|---|---|
| 2 | | ✓ | One (1) Glock 21 .45 Auto Pistol SN XUA 520 |
| 3 | | | One (1) Speer .45 Auto Cartridge |
| 4 | | | One (1) Glock .45 Magazine w/ eleven (11) Speer .45 Auto cartridges |
| 5 | | ✓ | One (1) Speer .45 Auto shell casing |
| 6 | | | One (1) Speer .45 Auto shell casing |
| 7 | | | One (1) Newport Soft Pack w/ one (1) cigarette |
| 8 | | | One (1) black S&W Airweight 38 Spl +P Revolver |
| 9 | | | Contents of Pritchard's pockets (hot fries, Bic lighter, black bag w/ 76 .22 cal LR cartridges, Red Lobster receipt |
| 10 | | | One (1) Marijuana bud from Pritchard's pocket |
| 11 | | | US Currency $3.75 (Two dollar bills 5 quarters, 2 nickels, 4 dimes) from Pritchard's pockets |
| 12 | | | Five (5) spent shell casings .38 special (2 Winchester 3 Federal |

*Individual receiving evidence in a sealed package without verifying contents will intial this column.

1. **RECEIPT:** I certify that I received the above items(s) from CS R.W. Evans NC SBI
(Print or Type)   (Dept.) 10/22/18 9:11 AM

RECEIVED BY: SA J.M Lewis _____ DATE 10-31-18   TIME 10:16 AM
(Print or Type)   (Signature)

WITNESS _____ DATE _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

_____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

other _____

Signature _____ Title _____ Date _____

3. **DISPOSITION:** I certify that I disposed of the above item(s) by _____

RECEIVED
OCT 07 2019
Northeastern District

Signature _____ Title _____ Date _____

I certify that I   ☐ Witnessed the disposition of the above item(s)
☐ Received the above item(s).

Signature _____ Title _____ Date _____

DISTRIBUTION:   ☐ Submit to Case Agent for Attachment to SBI-69A
☐ Retained by Agent Releasing Evidence
☐ Retained by Individual Receiving or Destroying Evidence
☐ District Office File

SBI -69B (REV 08/2014)




| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018-03050 | 02 | 998 | Cedric Dominque Pritchard |

| | | | |
|---|---|---|---|
| 13 | | | One (1) gun shot residue kit collected from Pritchard's hands |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Individual receiving evidence in a sealed package without verufying contents will intial this column.

1. **RECEIPT:** I certify that I received the above items(s) from _CS R.W. Evans_ _NC SBI_
                                                                    (Print or Type)                   (Dept.)

    **RECEIVED BY:** _SA J.M. Lewis_ _(signature)_ — **DATE** _10-22-18_ **TIME** _2:05 pm_
                      (Print or Type)           (Signature)

    **WITNESS** _____ **DATE** _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

    _____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

    other _____

    _____

    Signature _____ Title _____ Date _____

3. **DISPOSITION:** I certify that I disposed of the above item(s) by _____

    _____

    Signature _____ Title _____ Date _____

    I certify that I  ☐ Witnessed the disposition of the above item(s)
                      ☐ Received the above item(s).

    Signature _____ Title _____ Date _____

      **DISTRIBUTION:**  ☐ Submit to Case Agent for Attachment to SBI-69A
                       ☐ Retained by Agent Releasing Evidence
                       ☐ Retained by Individual Receiving or Destroying Evidence
                       ☐ District Office File

_RECEIVED_
_OCT 07 2019_
_Northeastern District_

**SBI -69B (REV 08/2014)**



## PHYSICAL EVIDENCE
### TRANSFER RECEIPT or DISPOSITION REPORT

| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018-03050 | 02 | 998 | Cedric Dominque Pritchard |

| SBI CASE ITEM NO. | SBI LAB NUMBER | * | EVIDENCE DESCRIPTION |
|---|---|---|---|
| 14 | | | Plastic Bag containing 4 shell casings and 1 unspent rounds |
| 15 | | | Plastic Bag containing 8 38 special rounds and 1 32 caliber round |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* Individual receiving evidence in a sealed package without verifying contents will initial this column.

1. **RECEIPT:** I certify that I received the above item(s) from _Angela Flowers_    _Washington PD_
   (Print or Type)        (Dept)

   **RECEIVED BY:** _Albert Summerlin_ _(Signature)_    DATE _10-26-18_    TIME _9:44 Am_
   (Print or Type)    (Signature)

   WITNESS _____ DATE _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

   _____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

   other _____

   _____

   Signature _____ Title _____ Date _____

3. **DISPOSITION:** I certify that I disposed of the above item(s) by _____

   Signature _____ Title _____ Date _____

   I certify that I    ☐ Witnessed the disposition of the above item(s)
        ☐ Received the above item(s).

   Signature _____ Title _____ Date _____

   DISTRIBUTION:    ☐ Submit to Case Agent for Attachment to SBI-69A
        ☐ Retained by Agent Releasing Evidence
        ☐ Retained by Individual Receiving or Destroying Evidence

*RECEIVED OCT 07 2019 Northeastern District*

SBI-69B (REV 08/2014)



# PHYSICAL EVIDENCE
## TRANSFER RECEIPT or DISPOSITION REPORT

| SBI CASE NUMBER | DIC | CAA | VICTIM |
|---|---|---|---|
| 2018 03050 | 02 | 998 | Cedric Domingue Portchard |

| SBI CASE ITEM NO. | SBI LAB NUMBER | EVIDENCE DESCRIPTION |
|---|---|---|
| 14 | | Plastic Bag Containing 4 Shell casings and 1 unspent round |
| 15 | | Plastic Bag Containing 8 38. Special rounds and 1 32 caliber Round |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Individual receiving evidence in a sealed package without verifying contents will intial this column.

1. **RECEIPT:** I certify that I received the above items(s) from ___ASAC A R Summerln___

(Print or Type)

**RECEIVED BY:** ___J.M. Lewis___ ___(Signature)___ **DATE** 11-26-18 **TIME** 12:05 PM (Dept.)
(Print or Type) (Signature)

**WITNESS** ___ **DATE** ___

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

___ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

other ___

Signature ___ Title ___ Date ___

RECEIVED
OCT 07 2019
Northeastern District

3. **DISPOSITION:** I certify that I disposed of the above item(s) by ___

Signature ___ Title ___ Date ___

I certify that I   ☐ Witnessed the disposition of the above item(s)
                   ☐ Received the above item(s).

Signature ___ Title ___ Date ___

DISTRIBUTION:   ☐ Submit to Case Agent for Attachment to SBI-69A
                ☐ Retained by Agent Releasing Evidence
                ☐ Retained by Individual Receiving or Destroying Evidence
                ☐ District Office File

SBI -69B (REV 08/2014)

Case 4:20-cv-00060-M   Document 31-6   Filed 05/28/21   Page 15 of 16



| SBI CASE NUMBER | | DIC | CAA | VICTIM |
|---|---|---|---|---|
| 2018-03050 | | 2 | 998 | Cedric Dominique Pritchard |

| SBI CASE ITEM NO. | SBI LAB NUMBER | | EVIDENCE DESCRIPTION |
|---|---|---|---|
| 17 | | 02 | Sealed White envelope marked "pulled head hair" |
| 18 | | 02 | SWE marked "pulled pubic hair" |
| 19 | | 02 | SWE marked "blood standard" |
| 20 | | | Clear Plastic Container marked "bullet from Chest" |
| 21 | | | CPC marked "bullet from Hip" |
| 22 | | 02 | Sealed brown paper bag marked "#6" |
| 23 | | 02 | SBP bag marked "Item # 7" |
| 24 | | 02 | SWE marked "Body Bag Tag from scene" |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Individual receiving evidence in a sealed package without verifying contents will initial this column.

1. **RECEIPT:** I certify that I received the above items(s) from __Richard Hodges ECU Brody M.E. office__
   (Print or Type)                                    (Dept.)

   **RECEIVED BY:** __J. M. Lewis__ _(Signature)_     DATE __9/20/19__  TIME __11:55 am__
   (Print or Type)        (Signature)

   **WITNESS** _____     DATE _____

2. **DISPOSITION AUTHORITY:** The above item(s) should be disposed of by

   _____ Destruction under Bureau Policy as authorized by G.S. 90-112 (e) or

   other _____

   Signature _____ Title _____ Date _____

   RECEIVED
   OCT 07 2019
   Northeastern District

3. **DISPOSITION:** I certify that I disposed of the above item(s) by _____

   Signature _____ Title _____ Date _____

   I certify that I   ☐ Witnessed the disposition of the above item(s)
                      ☐ Received the above item(s).

   Signature _____ Title _____ Date _____

   DISTRIBUTION:  ☐ Submit to Case Agent for Attachment to SBI-69A
                  ☐ Retained by Agent Releasing Evidence
                  ☐ Retained by Individual Receiving or Destroying Evidence
                  ☐ District Office File

SBI -69B (REV 08/2014)