IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:20-cv-60

| | |
|---|---|
| **TERESA PRITCHARD** as Administrator of the Estate of Cedric D. Pritchard, | )<br>)<br>)<br>) |
| Plaintiff, | ) **PLAINTIFF'S RESPONSE TO** |
| | ) **DEFENDANT MOBLEY'S** |
| vs. | ) **REQUESTS FOR ADMISSION** |
| | ) |
| **AARON M. MOBLEY**, in his individual capacity, and **CITY OF WASHINGTON**, | )<br>)<br>) |
| | ) |
| Defendants. | ) |

NOW COMES Plaintiff, pursuant to Rule 36 of the Federal Rules of Civil Procedure, and responds to Defendant Aaron Mobley's Requests for Admission as follows:

1. Admit that Decedent was holding a handgun in his right hand when he exited the Pontiac Aztec during the Incident at issue.

**Response:** Denied.

2. Admit that the handgun in Decedent's hand was visible to Officer Mobley when the Decedent exited the Pontiac Aztec.

**Response:** Denied.

3. Admit that less than three seconds elapsed between the time Decedent exited the Pontiac Aztec and the moment when Officer Mobley first fired his service weapon at the Decedent.

**Response:** Admitted.

4. Admit that the Decedent was a felon and was not legally entitled to possess a firearm at the time of the Incident.

**Response:** Admitted.

5. Admit that the Decedent had a firearm in his right hand at the moment Officer Mobley fired the first shot from his service weapon.

**Response:** Denied.

6. Admit that the firearm in Decedent's hand was visible to Officer Mobley before Officer Mobley first discharged his service weapon.

**Response:** Denied.

7. Admit that the firearm in Decedent's hand was visible to Officer Mobley at the moment when Officer Mobley first discharged his service weapon.

**Response:** Denied.

This the 22nd day of December, 2020.

*/s/ Carlos E. Mahoney*
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P.O. Drawer 3865
Durham, NC 27702-3865
Telephone: 919-683-2135
Facsimile: 919-688-9339
cmahoney@gmfm-law.com
N.C. State Bar No. 26509
Counsel for Plaintiff

Sean P. Cecil
Edelstein & Payne
P.O. Box 28186
Raleigh, NC 27611
Telephone: 919-828-1456
Facsimile: 919-828-4689
sean@edelsteinpayne.com
N.C. State Bar No. 48882
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Carlos E. Mahoney, hereby certify that on December 22, 2020, I served the foregoing document entitled, **Plaintiff's Responses to Defendant Mobley's Requests for Admission**, by U.S. Mail and email to the following counsel of record.

Clay A. Collier
Norwood P. Blanchard, III
Crossley McIntosh Collier
Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
clayc@cmclawfirm.com
norwood@cmclawfirm.com
Counsel for Defendants

Sean P. Cecil
Edelstein & Payne
P.O. Box 28186
Raleigh, NC 27611
sean@edelsteinpayne.com
Counsel for Plaintiff

_____
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P.O. Drawer 3865
Durham, NC 27702-3865
Telephone: (919) 683-2135
Facsimile: (919) 688-9339
cmahoney@gmfm-law.com
N.C. State Bar No. 26509
Counsel for Plaintiff