IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:20-cv-60-M

| | |
|---|---|
| TERESA PRITCHARD as Administrator of the Estate of Cedric D. Pritchard, <br><br> Plaintiff, <br><br> vs. <br><br> AARON M. MOBLEY, in his individual capacity, and CITY OF WASHINGTON, <br><br> Defendants. | PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

NOW COMES Plaintiff, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, and hereby moves the Court to reconsider and alter or amend its Order, dated March 30, 2022, [DE 53] granting Defendants' Motion for Summary Judgment to correct clear errors of law and accommodate an intervening change in controlling law under *Knibbs v. Momphard*, ___ F.4th ___, 2022 U.S. App. LEXIS 8446, 2022 WL 945713 (4th Cir. March 30, 2022). In support of this Motion, Plaintiff has filed a supporting Memorandum under Local Civil Rule 7.1(e).

WHEREFORE, Plaintiff requests that the Court reconsider and alter or amend its Order, vacate the Clerk's Judgment [DE 54], allow supplemental briefing, and issue a new Order denying Defendants' Motion for Summary Judgment.

This the 27th day of April, 2022.

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Mills & Mahoney, P.A.
P.O. Drawer 3865
Durham, NC 27702-3865
Telephone: 919-683-2135
Facsimile: 919-688-9339
cmahoney@gmfm-law.com
N.C. State Bar No. 26509
Counsel for Plaintiff

Sean P. Cecil
Edelstein & Payne
P.O. Box 28186
Raleigh, NC 27611
Telephone: 919-828-1456
Facsimile: 919-828-4689
sean@edelsteinpayne.com
N.C. State Bar No. 48882
Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I, Carlos E. Mahoney, hereby certify that on April 27, 2022, I electronically filed the foregoing document entitled, **Plaintiff's Motion for Reconsideration of Order Granting Defendants' Motion for Summary Judgment**, with the Clerk of Court for the Eastern District of North Carolina using the CM/ECF system which will give notice of the filing to the following counsel of record.

> Clay A. Collier
> Norwood P. Blanchard, III
> Crossley McIntosh Collier
> Hanley & Edes, PLLC
> 5002 Randall Parkway
> Wilmington, NC 28403
> clayc@cmclawfirm.com
> norwood@cmclawfirm.com
> Counsel for Defendants
>
> Sean P. Cecil
> Edelstein & Payne
> P.O. Box 28186
> Raleigh, NC 27611
> sean@edelsteinpayne.com
> Counsel for Plaintiff

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P.O. Drawer 3865
Durham, NC 27702-3865
Telephone: (919) 683-2135
Facsimile: (919) 688-9339
cmahoney@gmfm-law.com
N.C. State Bar No. 26509
Counsel for Plaintiff

3

Case 4:20-cv-00060-M   Document 55   Filed 04/27/22   Page 3 of 3